UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

   Plaintiff,

v.

SAKARA LIFE, INC.,

   Defendant.

ECF CASE

No.: 1:20-cv-263 (WFK)(CLP)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this entire action with prejudice, resolving all matters in dispute having been made and each party bearing its own fees and costs.

Dated: April 9 2020
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: April 8 2020
New York, New York

_____
Joseph J. DiPalma
JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Joseph.dipalma@jacksonlewis.com
914.873.6920
*Attorneys for Defendant*

The application is ✓ granted.
SO ORDERED        ~~denied~~

s/ WFK
_____
William F. Kuntz, II, U.S.D.J.
Dated: April 23, 2020
Brooklyn, New York